

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STEFANIE CLEDE, | § | No. 08-25-00040-CR |
| Appellant, | § | Appeal from the |
| v. | § | 187th District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# DC2022CR8049) |
|  | § | |
|  | § | |

**<u>MEMORANDUM OPINION</u>**

Stefanie Clede's court-appointed counsel, Alfonso Otero, did not timely file an appellate brief in this Court, so this appeal was abated and remanded for a hearing in the trial court to determine whether Clede wanted to continue the appeal or required new representation.

On remand, the trial court held a hearing with Clede and Otero present. On April 22, 2025, the District Clerk of Bexar County filed a supplemental clerk's record containing the trial court's findings which state that when asked whether she desired to continue this appeal, Clede responded "no."[1]

---

[1] This appeal was transferred to this Court from the Fourth Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Fourth Court of Appeals' precedent to the extent it conflicts with our own. See Tex. R. App. P. 41.3.

Texas Rule of Appellate Procedure 42.2(a) allows an appellate court to dismiss a criminal appeal on the motion of the appellant when the motion is signed by appellant and their attorney. Tex. R. App. P. 42.2(a). However, based on the trial court's finding at the hearing that Clede no longer wants to pursue this appeal, we ORDER the appeal reinstated and conclude that good cause exists to suspend the operation of Rule 42.2(a). Tex. R. App. P. 2 (allowing an appellate court to suspend the operation of some appellate rules for good cause).

As we have not issued an opinion in this appeal, we dismiss the appeal. Tex. R. App. P. 43.2(f).


MARIA SALAS MENDOZA, Chief Justice

April 30,2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)